IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTA ITZHAK and LYNDA MAURER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KISS NAIL PRODUCTS, INC., d/b/a KISS USA<br><br>Defendant. | **NOTICE OF SETTLEMENT**<br><br>Case No. 2:24-cv-04460-FB-JMW<br><br>Judge Frederic Block |

The parties, through their counsel of record, hereby notify the Court that they have reached an agreement to settle all disputed issues involved in the above-captioned matter. The parties are finalizing the settlement and anticipate filing a dismissal with prejudice of this action within thirty (30) days of the date of this notice. Please vacate all currently scheduled dates in this matter.

Dated: November 8, 2024

By: ___*/s/ Alec M. Leslie*___
    Alec M. Leslie
    Max S. Roberts
    **BURSOR & FISHER, P.A.**
    1330 Avenue of the Americas, 32nd Floor
    New York, NY 10019
    Telephone: (646) 837-7150
    Facsimile:  (212) 989-9163
    Email: aleslie@bursor.com
          mroberts@bursor.com

    *Counsel for Plaintiffs*

By: ___*/s/ Whitney M. Smith*___
    Whitney M. Smith
    **KELLEY DRYE & WARREN LLP**
    One Jefferson Road
    Parsippany, New Jersey 07054
    Telephone: (973) 503-5923
    Facsimile:  (973) 503-5950
    Email:  wsmith@kelleydrye.com

    *Counsel for Defendant*

## CERTIFICATE OF SERVICE

    I certify that I caused the forgoing Notice of Settlement to be filed on behalf of all parties via the Court's CM/ECF electronic filing system, which caused the foregoing to be served on all counsel of record.

_____
Alec M. Leslie